UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Michael A. Shipp |
| v. | : | Mag. No. 07-3084 |
| JIMMY FELIX | : | <u>CONTINUANCE ORDER</u> |

This matter having come before the Court on the joint application of Christopher J. Christie, United States Attorney for the District of New Jersey (by Shana W. Chen, Assistant U.S. Attorney), and Jimmy Felix (by Lisa Mack, AFPD), for an order granting a continuance of the proceedings in the above-captioned matter for a period of sixty days from March 17, 2008, in order to permit the parties additional time within which to pursue plea negotiations, and the defendant being made aware by the defendant's attorney that the defendant has the right to be charged by indictment within 30 days of his arrest pursuant to Title 18 of the United States Code, Section 3161(b), and the defendant through the defendant's attorney having consented to the continuance, and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. Plea negotiations are currently in progress, and the parties require additional time to pursue plea negotiations which would render trial of this matter unnecessary;

2. Defendant has consented to the aformentioned continuance;

3. The grant of a continuance will likely conserve judicial resources; and

4. Pursuant to Title 18 of the United States Code, Section 3161(h)(8), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, on this 27th day of March, 2008,

IT IS ORDERED that the proceedings in the above captioned matter shall be continued from March 17, 2008, through May 17, 2008 and that this time period shall be excludable in computing time under the Speedy Trial Act of 1974.

_____
Michael A. Shipp
United States Magistrate Judge

Consented and Agreed to:

_____
Lisa Mack, AFPD

_____
Shana W. Chen, AUSA